**Below is an order of the Court.**

*[signature]*

**U.S. Bankruptcy Judge**

OD35 (12/1/09) bls

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
**Sandra Cordes**
　　　　　Debtor(s)

Case No. 13–34875–tmb13

**Sandra Cordes**
　　　　　Plaintiff(s)

Adv. Proc. No. 13–03222–tmb

v.

**First Data Corporation**
　　　　　Defendant(s)

Order Re: Dismissal or Other Final Disposition Effective Within 21 Days

The interested parties have failed to timely prosecute this matter, and therefore,

**IT IS ORDERED** that this proceeding will be dismissed for lack of prosecution, without further Court order, unless appropriate action is taken to bring this proceeding to issue or trial within **21** days of this order's "Filed" date. Any subsequent motion required to reopen the proceeding shall be accompanied by an affidavit averring substantial reasons why this proceeding should be reopened.

###