**KEITH D. KARNES**, Oregon State Bar ID #03352
keith@keithkarnes.com
Karnes Law Offices, PC
1860 Hawthorn Ave NE. Ste. 10
Salem, OR 97301
Telephone (503) 385-8888
Fax (503) 385-8899

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| IN RE:<br><br>SANDRA CORDES<br><br>                        Debtor<br><br>SANDRA CORDES<br><br>                        Plaintiff<br><br>v.<br><br>FIRST DATA CORPORATION, DBA<br>FIRST DATA GLOBAL LEASING,<br><br>                        Defendant | Case No. 13-34875-tmb13<br><br>Adv. Pro. No. 13-3222-tmb<br><br>MOTION FOR LEAVE TO AMEND COMPLAINT; TO JOIN PARTY; TO AMEND CAPTION |

    Plaintiff moves the Court for an order to amend the compliant by adding claims against First Date Merchant Services Corporation and to amend the caption of the case to include these claims. Plaintiff has been in discussions with defendant's counsel and it appears that the bankruptcy notice was sent to and the post-petition billing was sent to the debtor by First Data Merchant Services Corporation.

/ / /

Wherefore, plaintiff requests that the Court allow plaintiff to amend her complaint to allege her claims against First Data Merchant Services Corp.


DATED: January 2, 2014

    /s/ Keith D. Karnes
Keith D. Karnes, OSB # 03352
Attorney for Plaintiff