Below is an Order of the Court.

_TRISH M. BROWN_
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br>Sandra Cordes<br>               Debtor(s) | Bankruptcy Case No. 13-34875-tmb7 |
| Sandra Cordes | Adversary Case No. 13-03222-tmb |
|                Plaintiff(s) | ORDER OF DISMISSAL |
| v. | |
| First Data Corporation | |
|                Defendant(s) | |

On 1/2/2014 Plaintiff filed a Motion to Amend the Complaint [Docket #8]. The Court granted that Motion on 1/14/2014 [Docket #12]. As of the date of this order, no Amended Complaint has been filed, therefore,

IT IS ORDERED that this case is dismissed for lack of prosecution and for failure by the Plaintiff to comply with an Order entered by the Court.

###

cc Via ECF: Keith D Karnes, Carter M Mann

cc Via Conventional Service: Sandra Cordes